## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

David Novak,                                           Civil No. 02-935 (RHK/SRN)

      Plaintiff,

v.                                                     **ORDER**

Rob Mundt, T.C. Outlaw, G.L. Hershberger,
Dr. M.A. Gray, Bill Wood, L. Mann, Alan
Jorgenson, L. Maiden, G. Kirkland, Joe Van Rooy,
Lt. S. Davenport, R.N. K. Alford, C. Burns,
K. Delano, Michael Isaacson, P.A. L.K. Brandt,
and E. Emmerich,

      Defendants.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated May 10, 2005. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (Doc. No. 124) is **ADOPTED**;

2. Defendants' Motion to Dismiss or for Summary Judgment (Doc. No. 95) is **GRANTED.**

Dated:  May 31, 2005

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge